# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JASON JONES AND STEPHANIE
JONES, INDIVIDUALLY AND
O/B/O CALEB JONES

NO. 2021 CW 1095

VERSUS

STATE OF LOUISIANA, THROUGH
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ET AL.

DEC 1 6 2021

---

In Re: The State of Louisiana, through the Department of Transportation and Development, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 43264.

---

BEFORE: THERIOT, PENZATO, AND HESTER, JJ.

**WRIT DENIED.**

AHP
CHH

**Theriot, J.**, would issue a briefing schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT